

# Fourth Court of Appeals
## San Antonio, Texas

May 17, 2013

No. 04-13-00071-CR

Jose Santos Acosta **ISIDRO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 22nd District Court, Comal County, Texas
Trial Court No. CR2001-98
Mr. Gary L. Steel, Judge Presiding

## ORDER

The State's brief was originally due to be filed with this court on April 10, 2013. This court granted the State's first motion for an extension of time to file the brief until May 10, 2013. On May 15, 2013, the State filed its second motion for an extension of time to file its brief until May 31, 2013, for a total extension of fifty-one days.

The State's motion is GRANTED. The State's brief must be filed with this court not later than May 31, 2013.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of May, 2013.

_____
Keith E. Hottle
Clerk of Court